MINUTE ENTRY
SEPTEMBER 13, 2023
NORTH, M. J.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-92 |
| VERNELL WOODARD | SECTION: MAG |

## INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT WITH/(WITHOUT) COUNSEL   _____

_____
   X   ASSISTANT U.S. ATTORNEY   DAVID HALLER
   ___ INTERPRETER   _____
Designated by Court and sworn.   Time: _____.M to _____ M.

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

 X / DEFENDANT WAS ADVISED OF HIS RIGHTS

 X / READING OF THE COMPLAINT WAS:
      READ   WAIVED   (SUMMARIZED)

 X / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/(WOULD BE) RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 04

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT (PRELIMINARY HEARING)/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR  September 27, 2023 at 2:00 p.m.

X/ HEARING TO DETERMINE COUNSEL IS SET FOR September 15, 2023 at 10:00 a.m.

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

September 15, 2023 at 10:00 a.m.

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING)/REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING/HEARING TO DETERMINE COUNSEL)

WITH COUNSEL _____

_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.