UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-205 |
| VERSUS | SECTION "B" |
| MICHAEL LOTT<br>VERNELL WOODARD<br>SHEENA RUDOLPH<br>DIANTA TROPEZ | |

NOTICE OF TRIAL

Take notice that this criminal case has been set for TRIAL on **November 13, 2023, at 8:30 a.m.** before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.   A final pretrial conference will be held on November 2, 2023, at 10:00 a.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: September 29, 2023 | CAROL L. MICHEL, CLERK<br>by: Dena M. White, Deputy Clerk |
| TO: | |
| **MICHAEL LOTT** c/o USM | AUSA David Haller |
| **Counsel for Defendant:**<br>Valerie Welz Jusselin, FPD | AUSA: Nolan Paige |
| | U.S. Marshal |
| **VERNELL WOODARD** c/o USM | U.S. Probation/Pretrial Services Unit |
| **Counsel for Defendant Woodard:**<br>Rachel Conner: rachel@connerdefense.com | **JUDGE LEMELLE** |
| **SHEENA RUDOLPH** c/o USM | **MAGISTRATE JUDGE** |
| **Counsel for Defendant Rudolph:**<br>Gwyneth O'Neill: gwyneth@semmlaw.com | FOREIGN LANGUAGE<br>INTERPRETER: NONE |
| **DIANTA TROPEZ** c/o USM | SA Vincent Liberto, ATF<br>Sacno.court@dhs.gov |
| **Counsel for Defendant Tropez:**<br>Christopher Murell: chris@murell.law | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7719 |